# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141772

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KELLY LEE POWELL,
     Defendant-Appellant.

SC: 141772
COA: 296087
Oakland CC: 2006-209453-FH

_____/

      On order of the Court, the application for leave to appeal the July 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

s0131